**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JOEMICHAEL LANCLOS,

        Plaintiff,

vs.                            Case No.:4:09-CV-215-SPM/WCS

LLOYD B. HELMS, et al.,

        Defendants.

_____/

**ORDER OF DISMISSAL**

        Pursuant to the Parties' Joint Stipulation of Dismissal with Prejudice (doc. 36) and Federal Rule of Civil Procedure 41(a)(1), this matter is **dismissed with prejudice**.  However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time any party may move to reopen this matter for good cause shown.

        DONE and ORDERED this <u>fourth</u> day of August, 2010.

        _s/ Stephan P. Mickle_____

        Stephan P. Mickle
        Chief United States District Judge